# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

GRACE ALBANESE,

               Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,

               Defendant.

2:17-cv-01640-GMN-VCF

**ORDER**

Before the Court is *Grace Albanese v. Las Vegas Metropolitan Police Department*, case no. 2:16-cv-01640-GMN-VCF.

In case numbers 2:17-cv-01599-JAD-VCF and 2:17-cv-01600-JAD-VCF, Albanese has been named a vexatious litigant under 28 U.S.C. § 1651(a), and she is prohibited from filing any new complaint, petition, or other action in this court without first obtaining leave from the Chief Judge of this court.

Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court administratively close this case.

DATED this 4th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE